UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

JEWEL GRIFFIN,

    Plaintiff,

v.

CPS/OCR OFFICE,

    Defendant.

No. 5:20-CV-219-H-BQ

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge D. Gordon Bryant made Findings, Conclusions, and a Recommendation (FCR) in this case on February 18, 2021. *See* Dkt. No. 9. Judge Bryant recommended that the Court dismiss with prejudice all claims as frivolous in accordance with 28 U.S.C. § 1915. No objections to the FCR were filed. The District Court has therefore examined the record and reviewed the FCR for clear error. Fed. R. Civ. P. 72(b)(3); *see also Wilson v. Smith & Nephew, Inc.*, No. 3:12-CV-1063-B, 2013 WL 1880770, at *1 (N.D. Tex. May 6, 2013). Finding none, the Court accepts and adopts the FCR. Griffin's complaint and the claims within are dismissed with prejudice.

By separate judgment, this action is dismissed with prejudice pursuant to 28 U.S.C. § 1915(e).

So ordered on April 16, 2021.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE